**Order entered October 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00120-CV

**BRUCE DWAIN COPELAND, Appellant**

**V.**

**NATIONSTAR MORTGAGE, LLC, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15575**

### ORDER

Before the Court is appellant's September 30, 2021 motion to extend time to file his amended brief to correct deficiencies noted in this Court's letter dated September 17, 2021. We **GRANT** the motion and extend the time to October 11, 2021.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE